**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LUIS GOMEZ, *Individually and on behalf of others similarly situated*,

*Plaintiff*,

-against-

SENIOR GENERAL CONSTRUCTION CORP. (d/b/a SENIOR GENERAL CONSTRUCTION), CLAUDIA PATRICIA CHUVA, LUIS GUEVARA, and FLAVIO GUEVARA,

*Defendants*.

1:21-cv-4925-LDH-PK

SETTLEMENT AGREEMENT AND RELEASE

    This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiff LUIS GOMEZ ("Plaintiff" CONSTRUCTION CORP. (d/b/a SENIOR GENERAL CONSTRUCTION), CLAUDIA PATRICIA CHUVA, LUIS GUEVARA, and FLAVIO GUEVARA ("Defendants"), on the other hand. (Plaintiff and Defendants are collectively denoted the "Parties.")

    **WHEREAS**, Plaintiff alleges that he was previously employed by Defendants;

    **WHEREAS**, a dispute ensued between Plaintiff and Defendants concerning Defendants' compensation of Plaintiff, and Plaintiff filed the action ("the lawsuit"), *Gomez v. Senior General Construction Corp et al*; No: 1:21-cv-4925-LDH-PK, in the United States District Court for the Eastern District of New York, in which Plaintiff alleged, inter alia, that Defendants violated the provision of the Fair Labor Standards Act (FLSA) and New York labor Law (NYLL with respect to Plaintiff's compensation;

    **WHEREAS**, Defendants denied any violation of federal and state wage and hour and overtime laws;

    **WHEREAS**, the parties desire to resolve all disputes between them without the necessity of further litigation;

    **NOW, THEREFORE**, the Parties, intending to be legally bound, and in consideration of the mutual covenants and other good and valuable consideration set forth below, do hereby agree as follows:

    1.    <u>Payment</u>: Defendants shall pay Plaintiff and his counsel the total sum of Thirty-Three Thousand Dollars and Zero Cents ($33,000.00) (the "Settlement Amount"), upon final "Cheeks" approval by the Court:

    (a)    One check, payable by September 1, 2022, or within 7 days after the Court approves this Settlement, whichever occurs at a later date, in the amount of Twenty-One

1

Thousand Six Hundred Thirty-Two Dollars and Zero Cents ($21,632.00) made payable to "Luis Gomez".

(b) One check, payable by September 1, 2022, or within 7 days after the Court approves this Settlement, whichever occurs at a later date, in the amount of Eleven Thousand Three Hundred Sixty-Eight Dollars and Zero Cents ($11,368.00) made payable to "CSM Legal, PC.".

(c) The payments set forth above shall be delivered to the office of Plaintiff's counsel, CSM Legal, P.C., at 60 East 42nd Street, Suite 4510, New York, NY 10165.

(d) <u>Default:</u> In the event that the Settlement Amount is not paid by the payment date set forth above, or any check fails to clear (i.e., bounces) on its respective payment date, Plaintiff's counsel shall serve a written notice ("Default Notice") upon counsel for Defendants, by email and certified mail, and the Defendants shall have ten (10) business days from the date of receipt of the Default Notice to cure the default by making such payment.

(e) CSM Legal P.C. shall be responsible for distributing the Settlement Amount to Plaintiff.

(f) Plaintiff expressly acknowledges and agrees that he is responsible for the payment of all federal, state, and local taxes, if any, which are required by law to be paid by him with respect to the above payments in Paragraph 1.

(g) Plaintiff's Counsel shall file Satisfaction(s) of Judgment prior to releasing the final payment to Plaintiff and provide proof of same via email to Defendants' counsel.

2. <u>Release and Covenant Not To Sue</u>: Plaintiff and his heirs, successors-in-interest, agents, attorneys, representatives, and affiliates hereby irrevocably and unconditionally release from and forever discharge and covenant not to sue Defendants, and for each of them, their heirs, successors, assigns, affiliates, parent organizations, subsidiaries, directors, owners, shareholders, members, agents, attorneys, legal representatives and managers any and all, relating specifically and solely to the allegations that were raised or could have been raised in the Litigation and that have occurred as of the Effective Date of this Agreement, charges, complaints, claims, causes of action, suits, debts, liens, contracts, rights, demands, controversies, losses, costs and or expenses, including legal fees and any other liabilities, known or unknown, suspected or unsuspected, whether fixed or contingent (hereinafter referred to as "claim(s)" or "released claim(s)"). Similarly, Defendants release and discharge Plaintiff from any and all known claims, and liabilities of any kind that they have, had, or claimed to have against Plaintiff relating specifically to the claims raised in the Litigation, that have occurred as of the Effective Date of this Agreement.

3. <u>No Admission of Wrongdoing</u>: This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right, or order.

5. <u>Modification of the Agreement</u>: This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiff and Defendants.

6. <u>Acknowledgments:</u> Plaintiff and Defendants acknowledge that they are not relying upon any statement, representation, or promise in executing this Agreement except for statements, representations, or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

7. <u>Notices:</u> Notices required under this Agreement shall be in writing and shall be deemed given on the first business day following first-class mailing and/or electronic transmission thereof. Notice hereunder shall be delivered to:

**To Plaintiff:**

Catalina Sojo, Esq.
CSM LEGAL, P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
Email: Catalina@csm-legal.com

**To Defendants:**

Oscar R. Alvarado, Esq.
Hang & Associates, PLLC
136-20 38th Avenue, Suite 10G
Flushing, New York 11354
Email: oalvarado@hanglaw.com

8. <u>Governing Law:</u> This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the exercise of personal jurisdiction by the United States District Court for the Eastern District of New York and/or the Supreme Court of the State of New York and/or, in the event that the amount in controversy fails to meet the jurisdictional threshold of Supreme Court of the State of New York, any other court of the State or City of New York located within New York County, for purposes of enforcing the provisions of this Agreement.

9. <u>Enforceability:</u> If any provision of this Agreement is held to be illegal, void, or unenforceable, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement, and a court shall construe any otherwise defective provision in a manner that gives effect to the defective term to the fullest extent permitted by law, including, but limited to, construing an overbroad release provision to provide releases provided for in the subject provision to the fullest extent permitted by law, but no further  However, upon any finding by a court of competent jurisdiction that a release or waiver of claims or rights or a covenant set forth herein is illegal, void, or unenforceable, Plaintiff agrees to promptly execute a release, waiver, and/or covenant that is legal and enforceable.

10. <u>Non-Disparagement</u>: Defendants, personally or through their agents or attorneys, shall not defame, disparage, criticize or make any negative references to the character, quality or propriety of the person, personnel or business operations, reputation, business practices, or conduct of Plaintiffs, by direct communications with any third party, verbally or in writing, or electronically through the internet, including but not limited to websites, emails, texts, blogs, social media sites, professional rating services, professional networking sites, or any other media. The foregoing shall not be violated by truthful responses to legal process or governmental inquiry, or by truthful private statements by Defendants.

11. <u>Release Notification</u>: Defendants advised Plaintiff to discuss the terms of this Agreement and release of claims with their legal counsel, and Plaintiff acknowledges that he has had the opportunity to consult with CSM Legal, P.C. Plaintiff acknowledges that it is his choice to waive any potential claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with his attorneys. Plaintiff confirms that he has been afforded the option of having this Settlement Agreement and Release translated into Spanish, his native language, and that he understands the terms of this Agreement and is signing this Agreement voluntarily.

12. <u>Counterparts</u>: To signify their agreement to the terms of this Agreement and Release, the Parties have executed this Agreement on the date(s) set forth opposite their respective signatures, which appear on the ensuing page. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original, but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission or electronic signature, and electronically-transmitted and facsimile signatures shall be deemed originals for all purposes.

**PLAINTIFF**

_____        Date: 11-06-22
LUIS GOMEZ

**INDIVIDUAL DEFENDANT**

_____        Date: 10/31/22
CLAUDIA PATRICIA CHUVA

_____        Date: 10/31/22
LUIS GUEVARA

_____        Date: 10-31-22
FLAVIO GUEVARA

4

**CORPORATE DEFENDANT**

**SENIOR GENERAL CONSTRUCTION CORP.**
**(d/b/a SENIOR GENERAL CONSTRUCTION)**

_Claudia Chuva_          Date: 10/31/22
(signature)

Name (Print): Claudia Chuva          Title: President

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF Queens     )

On the 31st day of October, 2022, before me, the undersigned, a Notary Public in and for the State personally appeared Claudia Chuva personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that (s)he executed same in his or her capacity and by that his or her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

_Yuezhu Liu_
Notary Public

YUEZHU LIU
NOTARY PUBLIC-STATE OF NEW YORK
No. 02LI6426780
Qualified in Queens County
My Commission Expires 12-13-2025

5