UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LUIS GOMEZ, *Individually and on behalf of others similarly situated*,

                  Plaintiff,

-against-

SENIOR GENERAL CONSTRUCTION CORP. (d/b/a SENIOR GENERAL CONSTRUCTION), CLAUDIA PATRICIA CHUVA, LUIS GUEVARA, and FLAVIO GUEVARA,

                  Defendants.

1:21-cv-04925

**STIPULATION OF DISMISSAL**

---

    IT IS STIPUALTED AND AGREED, by and among Plaintiff LUIS GOMEZ ("Plaintiff"), on the one hand, and Defendants SENIOR GENERAL CONSTRUCTION CORP. (d/b/a SENIOR GENERAL CONSTRUCTION) ("Entity Defendant") and Individual Defendants CLAUDIA PATRICIA CHUVA, LUIS GUEVARA, and FLAVIO GUEVARA ("Individual Defendants"), on the other hand, that the above-captioned matter is hereby dismissed with prejudice, without an award of costs or attorneys' fees to any party.

Dated: December 8, 2022.

*Frank Palermo*
Frank Palermo, Esq.
**CSM Legal, P.C.**
Attorneys for Plaintiff
60 East 42nd Street, Suite 4510
New York, NY 10165
(212) 317-1200
Email: frank@csm-legal.com

*Jian Hang*
Jian Hang, Esq.
**Hang & Associates, PLLC**
Attorneys for Defendants
136-20 38th Avenue, Suite 10G
Flushing, NY 11354
(718) 353-8588
Email: jhang@hanglaw.com

**SO ORDERED.**
*Peggy Kuo*
HON. PEGGY KUO

1